# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Jerry Harvey #42553-044

_____  )   Case Number: 22-148-SPM
_____  )        _(Clerk's Office will provide)_
_____  )
_Plaintiff(s)/Petitioner(s)_  )
v.  )   □ CIVIL RIGHTS COMPLAINT
  )   pursuant to 42 U.S.C. §1983 (State Prisoner)
WARDEN Williams  )   □ CIVIL RIGHTS COMPLAINT
AW Cheeks  )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
AW Santiago  )   □ CIVIL COMPLAINT
Capt Gore  )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
LT Phillps _Defendant(s)/Respondent(s)_  )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

Jerry Harvey #42553-044
Greenville F.C.I. Greenville Illinois
62246

**Defendant #1:**

B.   Defendant _WARDEN Williams_ is employed as
             (a)      (Name of First Defendant)
_WARDEN_
             (b)      (Position/Title)
with _B.O.P. Greenville IL_
             (c)      (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   □ No

If your answer is YES, briefly explain:

He was our warden in charge

Rev. 10/3/19

**Defendant #2:**

C. Defendant _Associtae Cheeks_ is employed as

(Name of Second Defendant)

_A. W._

(Position/Title)

with _B.O.P. Greenville_

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

He was our A-W.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

A.W. Warden Santiago
B.O.P. Greenville

Captain Gore
Bo.P. Greeville

Lieutenant Phillips
Bo.P. Greenville

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).   FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s): JeRRy HARvey #42553-0414

Defendant(s): DAVol INC. AND BARD INC.

2.     Court (if federal court, name of the district; if state court, name of the county): Southern District of OHio

3.     Docket number: #476

4.     Name of Judge to whom case was assigned: EDMUND-A. SARGus-JR

5.     Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6.     Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

Rev. 10/3/19

7.   Approximate date of filing lawsuit:   *12-20-2018*

8.   Approximate date of disposition:   *?.*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"   *NO*

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?   ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?   *I whewt threw 8, 9, 10, 11 of the steps*

2.   What was the result?   *They covered their actions with false statements*

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I have Already sent the court clerk the only copies of my Remedy procedure that if have. We Are all so on lock down At the time.

Rev. 10/3/19

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the  disciplinary  charges  and  any  disciplinary  hearing  summary  as exhibits. You should also attach any relevant, supporting documentation.

I have Already sent them to the Clerk

Thank you

Jerry Harvey #10553-044

Please send me copies cause we cant get Any made?

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __2-8-22__
(date)

_____
Signature of Plaintiff

__P.O. Box 5000__
Street Address

__Jerry Harvey__
Printed Name

__Greenville IL. 62246__
City, State, Zip

__#42553-044__
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

⇨42553-044⇦

Jerry Harvey
42553-044
Federal Correctional Institution
PO BOX 5000
Greenville, IL 62246
United States

SAINT LOUIS MO  630

9 FEB 2022   PM 2  L

PURPLE HEART   FOREVER USA

Clerks Office
U.S. District Court
Southern District of ILLinois
750 Missouri A.V.E. E. St Louis IL.
62201

62201-295429



RECEIVED

FEB 1 1 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE