# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

*DOC.9 "Complaint"*

JERRY HARVEY #42553-044 )
_____ )   Case Number: 22-CV-00148-SPM
_____ )        (Clerk's Office will provide)
_____ )
_____ )
    *Plaintiff(s)/Petitioner(s)*   )
                                   )   ☐ CIVIL RIGHTS COMPLAINT
              v.                   )   pursuant to 42 U.S.C. §1983 (State Prisoner)
WARDEN Eric Williams               )   ☐ CIVIL RIGHTS COMPLAINT
Assoc WARDEN Cheeks                )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Assoc WARDEN SANtiAGO              )   ☑ CIVIL COMPLAINT
Capt Gore + Lt. Phillips           )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
    *Defendant(s)/Respondent(s)*   )   §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement. JERRY HARVEY #42553-044
      BO.Box 5000
      Greenville, IL 62246

**Defendant #1:**

B.    Defendant Eric Williams _____ is employed as
              (a)    (Name of First Defendant)

      WARDEN _____
              (b)        (Position/Title)

      with B.O.P  Greenville IL 62246 _____
              (c)    (Employer's Name and Address)

Po.Box 5000 _____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain:
Agent of federal government

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _MR. Cheeks_____ is employed as

(Name of Second Defendant)

_Assoc. WARDEN_____

(Position/Title)

with _B.O.P.   P.O. BOX 5000 Greenville IL 62246_

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

Agent of Federal Government

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Assoc. WARDEN Mrs. Santiago
B.o.p- P.O. BOX 5000 Greenville IL. 62246
Agent of Federal Government

Capt. MR. Gore
B.O.P. P.O. BOX 5000 Greenville IL. 62246
Agent of Federal Government
Lt. Phillips
B.O.P. P.O. BOX 5000 Greenville IL. 62246
Agent of Federal Government

Rev. 10/3/19

## II. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): JERRY HARVEY

Defendant(s): DAVOl INC. AND C.R. BARD INC.

2.    Court (if federal court, name of the district; if state court, name of the county): SoutheRN District of OHIO

3.    Docket number: # 449

4.    Name of Judge to whom case was assigned: EdMUND A. SARGUSJR

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): pERSONAl INjuey

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

Rev. 10/3/19

7.   Approximate date of filing lawsuit: *12/20/2018*

8.   Approximate date of disposition: *pending*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *No AND still ongoing*

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?                                    ☑ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take? *I filed All 11 steps*

2.   What was the result? *No Fnlt on their part*

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any
      response you received.  If you cannot do so, explain why not:

I have sent All the copies to you the Court
Clerk Already. And the Prison has thrown
Away All my legal documents in their
Repeated lockdowns. And i Am told
they dont have copies of my filings?

Rev. 10/3/19

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

WARDEN Williams          Demand# 250,000
ASSOC WARDEN Cheeks       Demand# 250,000
ASSOC WARDEN Santiago     Demand# 250,000
Capt Gore                Demand# 250,000
Lt Phillps               Demand# 250,000

VI.   JURY DEMAND (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on:   7-3-23
             (date)

P.O. Box 5000
Street Address

Greenville IL. 62246
City, State, Zip

Jerry Harvey #42553-044
Signature of Plaintiff

Jerry Harvey #42553-044
Printed Name

#42553-044
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Rev. 10/3/19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERRY HARVEY
#42553-044

    Plaintiff

v.                              Case NO: 22-cv-00148-SPM

E. WILLIAMS
Associate Warden Cheeks
Associate Warden Santiago
Captian Gore, and
LT. Phillips,

    Defendants

_____/

## PLAINTIFFS FIRST AMENDED COMPLAINT

Comes now Jerry Harvey pro-se plaintiff in the above cited cause and files this amendedment to the original complaint as the Court ordered. In support of his position plaintiff states:

## SPECIFIC CLAIMS AGAINST DEFENDANTS:

### Warden Eric Williams:

Eric Williams was the Warden at FCI Greenville Illinois during the Covid 19 lockdown. He is the Chief Executive Officer responsible for the orderly running of this Institution. By failing to ensure the mandate of the CDC and the WHO were followed, he stood silent and allowed staff to spead this virus from unit to unit without any supervision as he was hardly present. The fact he failed to perform his assigned duty justifies his culpability in this action because the record clealy  shows neglect and little concern for the health of the inmates he was assigned to oversee.

## Associate Warden Cheeks:

A.W. Cheeks is responsible for the orderly running of the prison when the Warden is not here or occupied with other missions, however, as the record reflects, he failed miserably to perform his duties and did not supervise staff he is responsible for, allowed transfers from other prisons which spread the virus, did not make rounds to inquire the health and issue associated with this virus, moreover, was seldom seen on the compound. Like all Executive staff, their time at this Institution was spent in the front office far removed from inmates they had infected with Covid due to their neglect and malfeasance.

Had A.W. Cheeks made rounds in the units, he would have seen the deplorable conditions of confinement and the inhumaine treatment based on a clear failure to ensure the safety and health of inmates under his control. He is culpable in this action.

## Assotiate Warden Santiago:

A.W. Santiago was assigned to govern "programs" which included medical. In this situation, she was negligent because when medical staff made "pill line" or other medical rounds, they did not change gloves after contact with other inmates, moreover, they wore the same PPG from room to room, hence, spreading the virus while it could have been minimized had protocol been followed. It is memoralized in the films within the units that staff had little concern for inmates, yet took measures to protect "themselves" from inmates they determined had Covid. It is clear A.W. Santiago, like the rest of executive staff, spent the majority of her time in the "safety" of the front office and allowed staff under their control to violate every core measure of safety and mitigate the spread of covid. A.W. Santiago is culpable

2

for her neglect in performing the duty assigned to her and rather than do her job, she retreated from her duties and remained aloof from the units and contact with inmates. Since she was assigned to oversee Medical Staff, she should have moved all infected inmates to a quarantine unit set up in B-3, rather than leave them in the units. A red card was placed on infected inmates cell doors, this did not stop the spread because staff as noted did not change gloves or PPG's when going from room to room, hence, she did not perform her duties nor oversee her staff, a clear failure to protect the population from covid. Her actions have caused irreprable harm to plaintiff both physically and mentally due to the failure to do her assigned job.

Captian Gore:

Captian Gore is responsible for security of the institution and is cuplable in his failure to act in accordance with the CDC and WHO mandates. The previous Captian, Robinson, refused to accept any new inmates from Oklahoma transfer center, stopped all transfers and we did not have Covid on this compound while he was here. When he left and Captain Gore took over, inmates were brought in on buses and planes, therefore the spead of covid was intensified. Locking and inmate in his cell for months at a time, is not the cure, nor did it mitigate covid, instead, the failure of Captain Gore to perform his assigned duty with the safety and secure running of this prison in mind, cause harm that was avoidable because his duties are to protect and secure this compound, not allow transfers that spread the disease. Captian Gore is personally responsible for the spread of covid and the anxiety and stress associated with his actions, and plaintiff still suffers anxiety and stress due to his actions.

3

Lieutenant Phillips:

During Covid, Lieutenant Phillips was the senior Lieutenant at FCI Greenville. He failed to perform his duties and created a cause of action when inmates refused to return to their cells being over-crowded in the "tanks" where they had inmates housed 10 deep in a very small space, when Lt. Phillips tried to place an infected inmate who happened to be a sex offender in the "tank" with other inmates who were not sick, who were not infected, the inmates told him that he was placing them in danger, despite this plea, rather that protect the health and well being of the inmates in the tank, Lt. Phillips called in the "task force" or "response team" to force inmates into the tank, clearly, the safety and health concerns of those inmates was not on the agenda, instead, stacking inmates in a room 10 deep, was the purpose of the institution without and concern for their health.

What is shown is a clear pattern of neglect and disregard for the health and safety of inmated. Covid was a "cash cow" and this institution figured it out early, the more infected inmates, the more covid money, hence, abandon the health and well being of all those "inmates" and lets get the money. This is a clear showing of neglect, when prevention of covid was not cost effective, Staff here decided to cash in on covid and it was simple, more infections, more covid money. It could not be clearer than this.

## CONCLUSION

Plaintiff states that the statements herin are conclusive and state a cause of action as each defendant played "their" part in the covid scandal and received "hazardous duty pay" during this time so continuation of covid was their narrative, not the safety of inmates

4

which should have been priority. The CDC and WHO published directives for government employees to follow, here at FCI Greenville, it was abandoned by all defendants named and some that are not named because they were ordered by these defendants to ensure that inmates remained locked in their cells without any concern for their mental or physical health. Plaintiff has plead to the best of his ability this filing and requested appointment of counsel on numerous occasisons, however this Court has not yet ruled on those requests. Because of the import of this matter, plaintiff prays the Court grant and accept the filing so the defendants can be heard when a proper hearing is set.

Respectfully submitted

Jerry Harvey

5

⇔42553-044⇔
Jerry Harvey
42553-044
Federal Correctional Institution
PO BOX 5000
Greenville, IL 62246
United States

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL 62246
JUL 10, 2023
$0.00
R2304M111238-2

62201

RDC 99

Retail

⇔42553-044⇔
District Court Clerk
750 Missouri AVE
E Saint Louis, IL 62201
United States

MAIL CLEARED
STAFF-USH



RECEIVED

JUL 12 2023

CLERK, U.S. DISTRICT CO
SOUTHERN DISTRICT OF
EAST ST