# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Jerry HARVEY

_____  )
_____  )
_____  )
_____  )
        Plaintiff(s)/Petitioner(s)      )
                    v.                  )
United States of America )
_____  )
_____  )
_____  )
        Defendant(s)/Respondent(s)      )

Second Amended Complaint

Case Number: 22-CV-00148-SPM
          *(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of
     confinement. Jerry HARVEY #42553-044
     Greenville IL. 62246   P.O. BOX 5000
     Greenville F.C.I.

Defendant #1:

B.   Defendant ___E. Williams___ is employed as
                (a)   (Name of First Defendant)
     ___Warden F.C.I. Augent___
                (b)   (Position/Title)
with ___United States of America___
                (c)   (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain:

Warden in charge

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _____Mr Cheeks_____ is employed as

(Name of Second Defendant)

_____Associate Warden_____

(Position/Title)

with _____United States of America_____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

Associate Warden

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Associate Warden Santiago
Capt Gore
Lt Phillips

Rev. 10/3/19

II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):   Jerry Harvey

Defendant(s):   Davol Inc, C.R. Bard Inc.

2.   Court (if federal court, name of the district; if state court, name of the county):   United States District Court Southern Dis. of Ohio

3.   Docket number:   # 461

4.   Name of Judge to whom case was assigned:   Edmund A. Sargus Jr

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   Civil

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   pending

Rev. 10/3/19

7.    Approximate date of filing lawsuit:    *12-20-2018*

8.    Approximate date of disposition:    *pending*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

C.    If your answer is YES,
   1.    What steps did you take?    *I filed 8 thur 11 then A Tort Claim*

   2.    What was the result?    *They told me they found no harm And to file in Federal Courts*

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☑ Yes    ☐ No

F.    If your answer is YES,
   1.    What steps did you take?    *8 thur 11*

Rev. 10/3/19

2.    What was the result?    *Told to file in Federal Court*

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*I have sent my only copies to the Court Clerk of this Court Already.*

Rev. 10/3/19

IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was locked in A cell with A 76 year old man in A wheel chair that i had to take care of his Need AND Health issue's AND my OWN AS well. We were treated inhumane AN were given "NO" Medical CARE? We had to survive the Covid 19 Not once but 2 time that they Gave us due to their treatment

Rev. 10/3/19

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

*Demand $250,000 per Defendant*
*$1,250,000 Total*

VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *10-28-23*
(date)

*Jerry Harvey*
Signature of Plaintiff

*P.O. Box 5000*
Street Address

*Jerry Harvey*
Printed Name

*Greenville IL 62246*
City, State, Zip

*# 42553-044*
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19



U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL 62246
OCT 30, 2023
$0.00
R2304M111238-15

62201

Retail

RDC 99

UNITED STATES POSTAL SERVICE®

MAIL CLEARED MARCH

◇42553-044◇
District Court Clerk
750 Missouri AVE
E Saint Louis, IL 62201
United States

◇42553-044◇
Jerry Harvey
42553-044
Federal Correctional Institution
PO BOX 5000
Greenville, IL 62246
United States



RECEIVED
NOV 02 2023